

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00806-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF L.M.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2023MH02140
Honorable Oscar J. Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 20. The clerk of the court shall issue the mandate instanter. *See id*. at R. 18.1(c).

SIGNED October 4, 2023.

_____
Rebeca C. Martinez, Chief Justice